## United States District Court Eastern District of New York

Flagstar Financial & Leasing, LLC f/k/a Signature Financial, LLC
                                            Plaintiff(s),

vs.

Freightworks, LLC d/b/a Freightworks Transportation & Logisitics, et al
                                            Defendant(s).

Index Number: 24-cv-08205-LGD
Filed On: 11/26/2024
Court Date:

### AFFIRMATION OF SERVICE

I, Frederic David, affirms and says deponent is not a party to this action and is over the age of eighteen years and resides in the state of . That on 12/16/2024 at 4:02 PM at 668 Poors Ford Road, Rutherfordton, NC 28139, deponent served the within Summons in a Civil Action and Complaint bearing Index # 24-cv-08205-LGD on Freightworks, LLC d/b/a Freightworks Transportation & Logistics n/k/a Tribe Express, Inc. Extensive Freightworks Defendant therein named (the intended recipient).

DOMESTIC CORP: A Domestic Corp by delivering a true copy of each to Tony Ward personally; deponent knew said Domestic Corp so served to be the Domestic Corp described as the named Defendant and knew said individual to be the Manager thereof an authorized person to accept service of process.

DESCRIPTION: Deponent describes the individual served to the best of deponent's ability at the time and circumstances of service as follows:

Gender: Male Race/Skin: White Age: 51 - 65 Yrs. Weight: 131-160 Lbs. Height: 5ft 9in - 6ft 0in Hair: Black/White Glasses: No Other:

COMMENTS: AS PER TONY WARD, MANAGER, FREIGHTWORKS, LLC IS N/K/A TRIBE EXPRESS, INC. EXTENSIVE FREIGHTWORKS

I affirm on 1/7, 20 25 under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

X _____
         Frederic David

Job # 303029
                                      Client Reference: 530001.050 Bronster 1 of 2
TMS SERVICES INC, 977 N. BROADWAY, MASSAPEQUA, NY 11758 LICENSE: 2112432-DCA

## United States District Court Eastern District of New York

| | |
|---|---|
| Flagstar Financial & Leasing, LLC f/k/a Signature Financial, LLC<br>Plaintiff(s),<br><br>vs.<br><br>Freightworks, LLC d/b/a Freightworks Transportation & Logisitics, et al<br>Defendant(s). | Index Number: 24-cv-08205-LGD<br>Filed On: 11/26/2024<br>Court Date:<br><br>**AFFIRMATION OF SERVICE** |

I, Frederic David, affirms and says, deponent is not a party to this action and is over the age of eighteen years and resides in the State of New York. That on 01/04/2025 at 11:01 AM at 305 Honeysuckle Drive, Rutherfordton, NC 28139 deponent served the within Summons in a Civil Action and Complaint on Joshua B. Farmer Defendant therein named the intended recipient.

**AFFIXING TO DOOR, ETC.**

By affixing true copy of each Summons in a Civil Action and Complaint bearing Index # 24-cv-08205-LGD to the door of said premises, which is Defendant's Last Known Address.

Within the State, Deponent was unable, with true diligence to find Defendant or a person of suitable age and discretion thereat, and having called there on 12/11/2024 AT 8:34 PM, 12/16/2024 AT 4:20 PM, 12/18/2024 AT 7:51 AM & 01/04/2025 AT 11:01 AM. YOUR DEPONENT WAS ADVISED BY AN INDIVIDUAL NOT OF AGE ON THE FIRST ATTEMPT THAT MR. FARMER WAS NOT HOME AT THE TIME. YOUR DEPONENT MADE DILIGENT ATTEMPTS AND POSTED SAID DOCUMENTATION.

I affirm on 1/7, 2025 under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in court of law.

_Frederic David_

Job # 303030    Client Reference: 530001.050 Bronster 2 of 2
TMS SERVICES INC, 977 N. BROADWAY, MASSAPEQUA, NY 11758 LICENSE: 2112432-DCA

United States District Court Eastern District of New York

| | |
|---|---|
| Flagstar Financial & Leasing, LLC f/k/a Signature Financial, LLC<br>　　　　　　　　　　　　　　　　　　　　　Plaintiff(s),<br>vs.<br><br>Freightworks, LLC d/b/a Freightworks Transportation & Logisitics, et al<br>　　　　　　　　　　　　　　　　　　　　　Defendant(s). | Index Number: 24-cv-08205-LGD<br>Filed On: 11/26/2024<br>Court Date:<br><br>AFFIRMATION OF MAILING |

I, Lauren Haines, affirms and says deponent is not a party to this action and is over the age of eighteen years and resides in the state of . That on 01/07/2025 deponent served the within Summons in a Civil Action and Complaint bearing Index # 24-cv-08205-LGD via First Class Mail to Joshua B. Farmer Defendant therein named (the intended recipient), by enclosing a copy of same in a postpaid sealed wrapper properly addressed to Defendant at Defendant's address, Home at 305 Honeysuckle Drive, Rutherfordton, NC 28139 by First Class Mail marked Personal & Confidential  and deposited said wrapper in (a post office) official depository under exclusive care and custody of the United States Postal Service within  State.

I affirm on Jan 7th, 2025 under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

x _____
Lauren Haines

Job # 305005

Client Reference: 530001.050 Bronster 2 of 2

TMS SERVICES INC, 977 N. BROADWAY, MASSAPEQUA, NY 11758 LICENSE: 2112432-DCA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FLAGSTAR FINANCIAL & LEASING, LLC f/k/a
Signature Financial, LLC,

                              Plaintiffs,

- against -

FREIGHTWORKS, LLC d/b/a FREIGHTWORKS
TRANSPORTATION & LOGISTICS, and JOSHUA B.
FARMER,

                              Defendants.

Index No.: 24-cv-08205-LGD

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK   )
                            : ss.:
COUNTY OF NEW YORK )

      Tatiana Levojinskaia-Leon, being duly sworn, deposes and says:

1. Deponent is not a party to this action, is over 18 years of age and is employed by Bronster LLP, 156 West 56th Street, NY, NY 10019, attorneys for Plaintiffs herein.

2. On January 10, 2025, I served the **SUMMONS AND COMPLAINT,** in the above captioned proceeding by Certified Mail Return Receipt Requested by depositing a true copy of same enclosed in a post-paid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York, addressed to the persons indicated below:

Joshua B. Farmer
305 Honeysuckle Drive
Rutherfordton, NC 28139

                                                                   _____
                                                                   Tatiana Levojinskaia-Leon

Sworn to me on this

10th day of January 2025

_____
Notary Public

            DEVON PEARCE BRONSTER
           Notary Public-State of New York
                No. 01BR0016248
            Qualified in New York County
      Commission Expires November 12, 2027

720049.044