UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
FLAGSTAR FINANCIAL & LEASING, LLC f/k/a
Signature Financial, LLC,

                                Plaintiff,
      -against-

FREIGHTWORKS, LLC d/b/a FREIGHTWORKS
TRANSPORTATION & LOGISTICS, and JOSHUA B.
FARMER,

                                Defendants.
------------------------------------------------------------------X

Case No.: 24-cv-08205-LGD

**STIPULATION AND ORDER**

       Flagstar Financial & Leasing, LLC f/k/a Signature Financial, LLC, Plaintiff in the above captioned action, by its counsel, Bronster LLP, and Freightworks, LLC d/b/a Freightworks Transportation & Logistics (hereinafter "Freightworks") and Joshua B. Farmer, (collectively "Defendants"), Defendants in the above captioned action, hereby stipulate and agree as follows:

       **IT IS HEREBY STIPULATED, AGREED, AND ORDERED** that Defendants consent to service of the Summons and Complaint via email to Defendant Joshua B. Farmer, individually and on behalf of Defendant Freightworks; and it is

       **FURTHER HEREBY STIPULATED, AGREED, AND ORDERED** that Defendants' time to answer or otherwise move with respect to the Complaint is extended up to and including March 7, 2025; and it is

       **FURTHER HEREBY STIPULATED, AGREED, AND ORDERED** that any and all defenses premised upon personal jurisdiction, subject matter jurisdiction, and/or forum non conveniens are hereby waived by Defendants; and it is

       **FURTHER HEREBY STIPULATED, AGREED, AND ORDERED** that facsimile or electronically mailed (e-mail) signatures will constitute originals for the purpose of this Stipulation

and that this Stipulation may be executed in two or more counterparts, each of which shall be deemed to be an original and all of which, taken together, shall constitute one and the same document.

Dated: New York, New York
December 3, 2024

**BRONSTER LLP**
*Attorneys for Plaintiff*
*Flagstar Financial & Leasing, LLC*
*f/k/a Signature Financial, LLC*

By: _____
J. Logan Rappaport, Esq.
156 West 56th Street, Suite 703
New York, New York 10019
(347) 826-5051
lrappaport@bronsterllp.com

**FREIGHTWORKS, LLC d/b/a**
**FREIGHTWORKS TRANSPOTATION**
**& LOGISTICS**
*Defendant*

By: _____
Joshua B. Farmer – Managing Member
305 Honeysuckle Drive
Rutherfordton, North Carolina 28139

**JOSHUA B. FARMER**
*Defendant*

By: _____
Joshua B. Farmer
305 Honeysuckle Drive
Rutherfordton, North Carolina 28139
(828) 429-7577
jfarmer@freightworkstransport.com

2