UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
FLAGSTAR FINANCIAL & LEASING, LLC f/k/a
Signature Financial, LLC,               Case No.: 24-cv-08205-LGD

        Plaintiff,
  -against-          **STIPULATION AND ORDER**

FREIGHTWORKS, LLC d/b/a FREIGHTWORKS
TRANSPORTATION & LOGISTICS, and JOSHUA B.
FARMER,
        Defendants.
------------------------------------------------------------------------X

  Flagstar Financial & Leasing, LLC f/k/a Signature Financial, LLC, Plaintiff in the above captioned action, by its counsel, Bronster LLP, and Freightworks, LLC d/b/a Freightworks Transportation & Logistics (hereinafter "Freightworks") and Joshua B. Farmer, ("Farmer" and together with Freightworks, the "Defendants"), defendants in the above captioned action, hereby stipulate and agree as follows:

  **IT IS HEREBY STIPULATED, AGREED, AND ORDERED** that Defendants' time to answer or otherwise move with respect to the Complaint is extended up to and including April 7, 2025; and it is

  **FURTHER HEREBY STIPULATED, AGREED, AND ORDERED** that facsimile or electronically mailed (e-mail) signatures will constitute originals for the purpose of this Stipulation and that this Stipulation may be executed in two or more counterparts, each of which shall be deemed to be an original and all of which, taken together, shall constitute one and the same document.

Dated: New York, New York
       March 3, 2025

| | |
|---|---|
| **BRONSTER LLP**<br>*Attorneys for Plaintiff*<br>*Flagstar Financial & Leasing, LLC*<br>*f/k/a Signature Financial, LLC* | **FREIGHTWORKS, LLC d/b/a**<br>**FREIGHTWORKS TRANSPOTATION**<br>**& LOGISTICS**<br>*Defendant* |
| By: *s//J. Logan Rappaport*<br>    J. Logan Rappaport, Esq.<br>    156 West 56th Street, Suite 703<br>    New York, New York 10019<br>    (347) 826-5051<br>    lrappaport@bronsterllp.com | By: *s//Joshua B. Farmer*<br>    Joshua B. Farmer – Managing Member<br>    305 Honeysuckle Drive<br>    Rutherfordton, North Carolina 28139 |
| | **JOSHUA B. FARMER**<br>*Defendant* |
| | By: *s//Joshua B. Farmer*<br>    Joshua B. Farmer<br>    305 Honeysuckle Drive<br>    Rutherfordton, North Carolina 28139<br>    (828) 429-7577<br>    jfarmer@freightworkstransport.com |