# BRONSTER LLP

bronsterllp.com

J. Logan Rappaport
212-558-9300
lrappaport@bronsterllp.com

156 West 56th Street, Suite 703
New York, NY 10019

May 13, 2025

**VIA CM/ECF**
The Honorable Lee G. Dunst
U.S. District Court Magistrate Judge
U.S. District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

      Re:    ***Flagstar Financial & Leasing, LLC v. Freightworks, LLC, et al,***
              Case No.: 2:24-cv-08205-LGD

Dear Judge Dunst:

      This office represents Plaintiff Flagstar Financial & Leasing, LLC f/k/a Signature Financial, LLC ("Plaintiff"), the plaintiff in the above-referenced action. Plaintiff and Defendants Freightworks, LLC d/b/a Freightworks Transportation & Logistics and Joshua B. Farmer (collectively "Defendants," and together with Plaintiff, the "Parties"), respectfully submit this joint status letter in accordance with the Court's April 28, 2025 Order.

      We apologize to the Court for the delay in submitting this joint status report. As background, this action was commenced by the filing of a Complaint by Plaintiff against Defendants on November 26, 2024. A Summons was issued the same day. By Order dated March 3, 2025, the Court approved the Parties' stipulation extending Defendants' time to answer or otherwise move with respect to the Complaint through and including April 7, 2025.

      The Parties respectfully advise the Court that all collateral has now been sold. Plaintiff and Defendant Joshua B. Farmer are presently engaged in discussions concerning a potential settlement. In light of these ongoing discussions, the Parties respectfully request that the Court grant a further 30-day extension of Defendants' deadline to answer, move, or otherwise respond to the Complaint, to allow additional time to determine whether this matter can be resolved without the need for continued litigation.

      We thank the Court for its attention to this matter and are available should Your Honor have any questions or require additional information.

# BRONSTER LLP

bronsterllp.com

Respectfully submitted,

| | |
|---|---|
| Bronster, LLP<br>Attorneys for Plaintiff | Joshua B. Farmer<br>Defendant |
| *s// J. Logan Rappaport*<br>J. Logan Rappaport, Esq.<br>156 W. 56th Street, Suite 703<br>New York, New York 10019<br>(347) 826-5051<br>lrappaport@bronsterllp.com | *s// Joshua B. Farmer*<br>Joshua B. Farmer<br>305 Honeysuckle Drive<br>Rutherfordton, North Carolina 28139<br>(828) 330-4959<br>jfarmer@farmerlegal.com |