UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FLAGSTAR FINANCIAL & LEASING, LLC f/k/a SIGNATURE FINANCIAL, LLC,

                            Plaintiff,

-against-

FREIGHTWORKS, LLC and JOSHUA B. FARMER,

                            Defendants.

Case No.: 2:24-cv-08205-LGD

**STIPULATION OF DISMISSAL**

**WHEREAS**, no party to this Stipulation is an infant, incompetent person for whom a committee has been appointed or a conservatee and no person not a party has an interest in the subject matter of this action, the undersigned parties hereby stipulate and agree as follows:

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel of record for all the parties that have appeared in the above-captioned action and that the action is dismissed, without prejudice, and without costs or attorneys' fees to any party as against the other; and,

**IT IS HEREBY FURTHER STIPULATED AND AGREED** that this stipulation may be executed in counterparts and when taken together shall constitute one original document, and any signatures transmitted via facsimile or other electronic means may be deemed an original.

Dated: New York, New York
        July 31, 2025

| BRONSTER LLP | AMINI LLC |
|---|---|
| Attorneys for Plaintiff | Attorneys for Defendants |
| By: _____ | By: _____ |
| J. Logan Rappaport | Jeffrey S. Chubak |
| 156 W. 56th Street, Suite 703 | 131 West 35th Street, 12th Floor |
| New York, New York 10019 | New York, New York 10001 |
| (212) 558-9300 | (212) 490-4700 |
| lrappaport@bronsterllp.com | jchubak@aminillc.com |

SGR/42903595.1